**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2024

**BY EMAIL**

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Alexey Komov*, S2 21 Cr. 676 (LAK)

Dear Judge Tarnofsky:

    The Government respectfully writes to request that Your Honor enter an order unsealing the S2 Indictment previously returned under seal against Alexey Komov.

    Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Vladislav Vainberg
Thane Rehn
Assistant United States Attorneys
(212) 637-1029/2354

SO ORDERED:

_____
The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York